UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
LATTANZIO & DE RUVO CORP. d/b/a/ :
PANZEROTTI BITES, :
: **ORDER REGULATING**
: **PROCEEDINGS**
:
               Plaintiff, :
: 20 Civ. 2080  (AKH)
  -against- :
:
:
:
I LOVE PANZEROTTI NY, LLC, et al., :
:
            Defendants.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On December 11, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter is hereby referred to Magistrate Judge Wang for settlement negotiations.  Settlement negotiations must be concluded within 60 days.  Parties shall file a revised case management plan and are hereby ordered to appear for a status conference on March 5, 2021 at 10 a.m.

        SO ORDERED.

Dated:     December 16, 2020       /s/_____
             New York, New York        ALVIN K. HELLERSTEIN
                                                   United States District Judge