**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LATTANZIO & DE RUVO CORP. d/b/a
PANZEROTTI BITES OF BROOKLYN,

                  Plaintiff,              20 **CIVIL** 2080 (AKH)

    -v-                                           **JUDGMENT**

I LOVE PANZEROTTI NY, LLC,
ANGELO MAGNI, MICHELE CEA,

                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 30, 2022, the above-captioned action, through their undersigned counsel, that the Action shall be dismissed with prejudice in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees. This dismissal is without prejudice to the Parties' right to reinstate this action for the purpose of enforcing the settlement agreement. Judgment is hereby entered and the case is closed.

Dated:  New York, New York
           March 31, 2022

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court
                                **BY:**
                                                           **Deputy Clerk**